UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 9:18-cv-81546-DMM

CALVINA THOMPSON,
INDIVIDUALLY AND ON
BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

    Plaintiff,

vs.

RAE FRANKS, ESQUIRE, P.A.,

    Defendants.
_____/

**JOINT STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE**

Plaintiff, CALVINA THOMPSON, INDIVIDUALLY AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, and Defendant, RAE FRANKS, ESQUIRE, P.A., by and through their undersigned counsel, and pursuant to Fed. R. Civ. P. 41 (a)(1)(A)(ii), hereby stipulate and agree that this action be dismissed with prejudice as to all claims, causes of action and parties, with each party to bear their own attorneys' fees and costs. A proposed order is attached hereto.

| | |
|---|---|
| Jibrael S. Hindi, Esq. | Diran V. Seropian, Esq. |
| The Law Offices of Jibrael S. Hindi | Shendell & Pollock, P.L. |
| Attorney for Plaintiff | Attorney for Defendant |
| 110 SE 6th Street, Suite 1744 | 2700 N. Military Trail, Suite 150 |
| Fort Lauderdale, FL 33301 | Boca Raton, FL 33431 |
| | |
| By: /s/Jibrael S. Hindi | By: */s/ Diran V. Seropian, Esq.* |
|     Jibrael S. Hindi, Esq. |     Diran V. Seropian, Esq. |
|     Florida Bar #: 118259 |     Florida Bar #:0773476 |

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, this 25th day of January, 2019.  I also certify that the foregoing document is being served on counsel for Plaintiff via transmission of Notices of Electronic Filing generated by CM/ECF.

By:   */s/ Diran V. Seropian, Esq.*
          Diran V. Seropian, Esq.