# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-cv-81546-MIDDLEBROOKS

CALVINA THOMPSON, INDIVIDUALLY
AND ON BEHALF OF ALL OTHERS
SIMILARLY SITUATED,

     Plaintiff,

vs.

RAE FRANKS, ESQUIRE, P.A.,

     Defendants,

_____/

## ORDER CLOSING CASE

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation for Dismissal with Prejudice, filed January 25, 2019.  (DE 10).  The Court congratulates the Parties on their amicable resolution of this matter and notes that pursuant to *Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012), the Parties' Stipulation is self-executing and no order of the Court is required to dismiss this action.  Accordingly, it is **ORDERED and ADJUDGED** that:

(1) The above-styled action is **DISMISSED WITH PREJUDICE**.

(2) The Clerk of Court shall **CLOSE this CASE** and **DENY** all pending motions **AS MOOT.**

(3) Each party shall bear their own fees and costs.

**SIGNED** in Chambers at West Palm Beach, Florida, this 28th day of January, 2019.

Donald M. Middlebrooks
United States District Judge

Copies to:    Counsel of Record